**William Ripstein et al., appellants, v. Helen Major et al., appellees. Gen. No. 28,148.**

Suit for injury to means of support by sale of intoxicating liquors. Judgment for plaintiffs. Bill to make judgment a lien on saloon premises. Judgment for complainants. Bill to have both judgments set aside and levy restrained. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Charles O. Spencer and George H. Sugrue, for appellants. Samuel W. Norton and William C. Dunn, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

**Vera Zeman, appellant, v. William Tonsar, appellee. Gen. No. 28,165.**

Action on case for damages due to assault and battery. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Anton Zeman, for appellant; Q. J. Chott, of counsel. Jerome J. Cermak, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**P. H. Reed and William E. Vaughn, copartners, trading as P. H. Reed & Company, appellees, v. Albert F. Werner, appellant. Gen. No. 28,174.**

Suit for commission on sale of hotel. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Everett L. Millard, for appellant; Harry G. Hershenson, of counsel. Ernest A. Baughman, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

**William Picktorman, appellee, v. Subscribers to Automobile Underwriters of America, appellants. Gen. No. 28,183.**

Action for value of stolen automobile, based on insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Max Krauss, for appellants. Harold O. Mulks, for appellee.

Mr. Justice Thomson delivered the opinion of the court.